IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCISCO SANCHEZ MARCHANTE,   )
                                         )  Civil Action
        Plaintiff        )  No. 12-cv-00691
                                       )
   vs.                          )
                                       )
AUTO ZONE, INC.,             )
                                       )
        Defendant       )

O R D E R

NOW, this 3rd day of April, 2013, upon consideration of the following documents:

    (1)    Motion for Summary Judgment of Defendant AutoZone Stores[,]Inc., filed September 20, 2012 together with;
             (A)    Memorandum of Law in Support of the Motion for Summary Judgment of Defendant AutoZone Stores, Inc.; and

             (B)    Defendant's Statement of Facts;

    (2)    Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, which response was filed October 2, 2012 together with;

             (A)    Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment;

upon consideration of the pleadings, exhibits, depositions and record papers; and for the reasons articulated in the accompanying Opinion,

    IT IS ORDERED that Motion for Summary Judgment of Defendant Autozone Stores[,]Inc. is granted.

    IT IS FURTHER ORDERED that plaintiff's Civil Action—Complaint is dismissed.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Auto Zone, Inc., and against plaintiff Francisco Sanchez Marchante.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge